SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America        Plaintiff,

*U.S. DISTRICT COURT FILED DEC 19 2007 S.D. OF N.Y.*

7 cr 971 (___)

- against -

Jaime Sandoval Estrada        Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __D. Andrew Marshall__ attorney for __Jaime Estrada Sandoval__ and said sponsor attorney's affidavit declaration that applicant __Andrea David-Vega__ is a member in good standing of the bar(s) of the state(s) of __Georgia and New Jersey__ ;

and that applicant's contact information is as follows (please print):

| | |
|---|---|
| Applicant's Name: | Andrea David-Vega |
| Firm Name: | Law Office of Andrea David-Vega |
| Address: | 5720 Buford Highway, Suite 207 |
| City/State/Zip: | Norcross, GA 30071 |
| Telephone/Fax: | (770) 447-0339 |
| Email Address: | andi.vega@attorneyvega.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Jaime Estrada Sandoval__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Andrea David-Vega__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: *December 18, 2007*
City, State: *New York NY*

*[signature]*
United States District/Magistrate Judge

*MICROFILMED DEC 20 2007 9 AM*

FOR OFFICE USE ONLY  FEE PAID $        SDNY RECEIPT#   ~~Returned to chambers for scanning on~~ 1.8.08
SDNY Form Web 10/2006
~~Scanned by chambers on~~ _____.