# ANDREA DAVID VEGA
### ATTORNEY AT LAW

andi.vega@attorneyvega.com

242 Culver Street, Suite 204  
Lawrenceville, GA 30045

770 962 1923 (p)  
770 962 1924 (f)

May 19, 2008

Clerk of Court  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, NY 10007

> RE: **Change of Attorney Address**  
> Criminal Action No.: 07-CR-971  
> US v. Hughie Gray et al.  
> Defendant: Jaime Sandoval

Dear Deputy Clerk:

Please be advised that the mailing address and telephone number of the undersigned, has changed. Please forward all future correspondence to:

> Andrea David Vega  
> 242 Culver Street, Suite 204  
> Lawrenceville, GA 30045  
> 770 962 1923 phone  
> 770 962 1924 fax

Sincerely,

/s/ Andrea David-Vega  
Andrea David-Vega  
Georgia Bar 364871